| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 230854-3<br>Attorneys for Secured Creditor: FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee | |
| In Re:<br><br>Jennifer M. Rathgeb | Case No.: 21-10767-JNP<br>Chapter 13<br><br>Hearing Date: April 7, 2021<br>Time: 10:00 a.m.<br><br>Judge: Jerrold N. Poslusny, Jr. |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee ("Secured Creditor"), by its counsel, Andrew M. Lubin, Esquire, of Milstead & Associates, LLC, states the following grounds as an Objection to Confirmation of Debtor's Chapter 13 Plan:

1. On January 28, 2021, Debtor, Jennifer M. Rathgeb filed a petition pursuant to Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey.

2. Secured Creditor is the holder of a second mortgage on real property owned by the Debtor known as and located at 306 Anna Avenue, Maple Shade, NJ 08052 (the "Property").

3. Secured Creditor filed its Proof of Claim in this matter on February 22, 2021 at claim number 4-1.

4. The Secured Creditor's note will mature on July 1, 2021.

5. As more fully set forth in the aforementioned proof of claim, as of the date of the filing of the instant Chapter 13 petition, the Debtor has a total debt claim in the amount of $49,112.39.

6. Debtor's Chapter 13 Plan provides for payment of mortgage arrears in the amount of $15,257.00 and regular monthly mortgage payments to Secured Creditor.

7. As the loan matures on July 1, 2021, Secured Creditor objects as Debtor's Plan does not propose to pay the total claim.

8. Secured Creditor objects as Debtor's Plan does not provide for Secured Creditor to be paid the contractual interest rate on its claim over the life of the plan.

WHEREFORE, Secured Creditor respectfully requests that the Court deny confirmation of the Chapter 13 Plan for the reasons hereinabove set forth.

DATED: March 17, 2021

Respectfully submitted
MILSTEAD & ASSOCIATES, LLC

/s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Secured Creditor

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin   Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 230854-3<br>Attorneys for Secured Creditor: FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee | |
| In Re:<br><br>Jennifer M. Rathgeb | Case No.: 21-10767-JNP<br>Chapter 13<br><br>Judge: Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, <u>Andrew M. Lubin, Esquire</u>:

    ☑ represent the <u>Secured Creditor</u> in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On March 17, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Objection to Confirmation of Chapter 13 Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: March 17, 2021                            /s/   Andrew M. Lubin

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Lee Martin Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill,, NJ 08003 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jennifer M. Rathgeb<br>306 Anna Avenue<br>Maple Shade, NJ 08052 | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.