Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

                        Case No.: 21−10767−JNP  
                        Chapter: 13  
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Jennifer M. Rathgeb  
   306 Anna Avenue  
   Maple Shade, NJ 08052

Social Security No.:  
   xxx−xx−8300

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 7, 2021</u>            <u>Jerrold N. Poslusny Jr.</u>  
                                    Judge, United States Bankruptcy Court